■ The People of the State of New York, Respondent, v Tao Li, Appellant. [747 NYS2d 192]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745). Ritter, J.P., Altman, Smith and Friedmann, JJ., concur.